UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cr-282-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TAMARA DEVONNA MCCLELLAN, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Motion for a Sentence Reduction under USSC Amendment 821. (Doc. No. 51).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's Motion for a Sentence Reduction under USSC Amendment 821.



Max O. Cogburn Jr
United States District Judge